```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

IN THE MATTER OF THE EXTRADITION )
OF                               )
                                 )   NO. 07-4076 JSB
JUSTINO TELLO MUNOZ              )

**O R D E R**

The undersigned Magistrate Judge has been advised that Justino Tello Munoz has been arrested on July 27, 2012, at the Gateway Port of Entry, Brownsville, Texas, within the Southern District of Texas.

The United States Marshals Service is directed to transport Mr. Munoz to this district in order to respond to the complaint to obtain extradition, unless the United States elects to file a new complaint to obtain extradition in the United States District Court for the Southern District of Texas, and to dismiss the complaint filed in this district.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge